No. 698. ANDERSON *v.* MICHIGAN. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Allan R. Rosenberg* for appellant. *Stephen J. Roth,* Attorney

General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for appellee.